## SIMS v. SIMS.

LITTLE, J. The rights of the parties in this case depending on the determination of questions of fact as to the truth of which they are at issue, it was not error by interlocutory injunction to preserve their present status until a final determination of such questions can be made, the more especially as the judge made his order granting the injunction conditional on the execution of a bond, protecting the defendant from loss.

110 283
Case 3
117 844

*Judgment affirmed. All the Justices concurring.*

Argued November 8,—Decided December 2, 1899.

Injunction. Before Judge Littlejohn. Dooly county. July 7, 1899.

*Allen Fort* and *Thomson & Whipple,* for plaintiff in error.
*J. T. Hill* and *J. H. Hall,* contra.

---

## ASHBURN v. MASON et al.

SIMMONS, C. J. Under the facts disclosed by the record, there was no error in overruling the motion to strike the defendant's answer, or in refusing to enter a judgment in favor of the plaintiff.

*Judgment affirmed.  All the Justices concurring.*

Argued November 8,—Decided December 2, 1899.

Equitable petition. Before Judge Hansell. Colquitt superior court. April term, 1899.

*Pearsall & Shipp* and *I. A. Bush & Sons,* for plaintiff.
*W. M. Hammond* and *D. W. Rountree,* for defendants.